IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

OCT 3 0 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| BRANDON ALCAYDE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES GARCIA, CITY OF RONAN,<br>and DOES 1-10,<br><br>　　　　Defendants. | CV 16–86–M–DLC<br><br>ORDER |

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 92),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for November 6, 2017, is VACATED.

Dated this 30th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court